# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CR. NO. 3:25-CR- 003 |
| v. : | (Judge Mannion) |
| MARK FRANKLIN : | |
| Defendant. : | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

FILED SCRANTON
JAN 07 2025
PER _____ DEPUTY CLERK

### COUNT 1
18 U.S.C. §§ 1791(a)(2) and (b)(3)
(Possession of a Shank)

On or about December 6, 2024, within the Middle District of Pennsylvania, the defendant,

**MARK FRANKLIN,**

an inmate in the Federal Correctional Institution at Schuylkill, Pennsylvania, knowingly possessed a prohibited object, that is, an object designed or intended to be used as a weapon, commonly known as a "shank."

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

GERARD M. KARAM
United States Attorney

███████████████
FOREPERSON

*Todd K. Hinkley* (signature)
TODD K. HINKLEY
Assistant United States Attorney

1-7-25
Date